Josh Ferguson, as Administrator of the Estate of Herman Newton, Deceased, Respondent, *v.* City of New York et al., Appellants.

Argued March 10, 1952; decided April 17, 1952.

*Denis M. Hurley, Corporation Counsel* (*Alfred Weinstein* and *Seymour B. Quel* of counsel), for appellants.

*Samuel Korb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.